UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA MOORE, | NO. CV 08-5473-CT |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | |
| Defendant. | |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED:   FEB 2 6 2009

*Carolyn Turchin*
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE